# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BROWN, | Case No. 1:12-cv-00066-DLB PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | ECF No. 6 |
| VALLEY STATE PRISON, et al., | RESPONSE DUE WITHIN TWENTY-ONE DAYS |
| Defendants. | |

Plaintiff Sandra Brown ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On October 9, 2012, the Court screened Plaintiff's complaint and found that it failed to state a claim. ECF No. 6. Plaintiff was provided leave to file an amended complaint within thirty days from the date of service of the order. More than thirty days have passed, and Plaintiff has not responded to the Court's order.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty-one (21) days** why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: __December 17, 2012__                    /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE